UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff(s), | ) |
| v. | ) Case No. 4:19-cr-00961-SRC-1 |
| ANTHONY CALDWELL, | ) |
| Defendant(s). | ) |

## Order

This matter is before the Court on Defendant Anthony Caldwell's [359] Motion to Sever and [357] Motion to Compel Disclosure Regarding Confidential Sources. Pursuant to 28 U.S.C. § 636(b), the Court referred the motions to United States Magistrate Judge Noelle C. Collins. Judge Collins held an evidentiary hearing on February 9, 2021. Docs. 419–420, 428. On March 18, 2021, Judge Collins issued a Report and Recommendation, recommending that the Court deny Caldwell's Motion for Severance and grant, in part, and deny, in part, Caldwell's Motion to Compel Disclosure Regarding Confidential Sources. Doc. 475. Caldwell has not filed objections to the Report and Recommendation, and the time to do so has passed. After careful consideration, and in light of Caldwell's failure to file objections, the Court adopts and sustains the thorough reasoning set forth in Judge Collin's Report and Recommendation.

Accordingly, the Court sustains, adopts, and incorporates Judge Collin's [475] Report and Recommendation, denies Defendant Anthony Caldwell's [359] Motion to Sever, and grants, in part, and denies, in part, Defendant Anthony Caldwell's [357] Motion to Compel Disclosure Regarding Confidential Sources.

So Ordered this 6th day of April 2021.

_____
STEPHEN R. CLARK
UNITED STATES DISTRICT JUDGE

1